UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

___

BARBARA ANNE LINDSLEY,
          Plaintiff,

                        DECISION AND ORDER
      v.                 13-CV-771A

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

          Defendant.

___

    The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B). Both plaintiff and defendant moved for judgment on the pleadings. On August 11, 2014, Magistrate Judge Scott filed a Report and Recommendation, recommending that the decision of the Commissioner be reversed, defendant's motion for judgment on the pleadings (Dkt. No. 20) should be denied, and plaintiff's motion for similar relief in her favor (Docket No. 19) should be granted. Magistrate Judge Scott further recommended that this matter be remanded for further administrative proceedings.

    The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

    ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, the decision of the Commissioner is reversed and this matter is remanded for further administrative

proceedings.  It is further ordered that defendant's motion for judgment on the pleadings (Dkt. No. 20) is denied, and plaintiff's motion for similar relief in her favor (Docket No. 19) is granted.

 The Clerk of Court shall take all steps necessary to close the case.

       IT IS SO ORDERED.

                           ___*Richard J. Arcara*_____
                           HONORABLE RICHARD J. ARCARA
                           UNITED STATES DISTRICT COURT

Dated:   September 8 , 2014